IN THE UNITED STATES BANKRUPTCY COURT  16-23254
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Falcon Genomics, Inc.**<br><br>Debtor<br><br>**Falcon Genomics, Inc.**<br>Movant<br><br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No.<br><br>Chapter **11**<br><br><br><br><br>Related to Document No. 1 |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Kenneth Steidl 34965**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Kenneth Steidl**
    Signature
    **Kenneth Steidl 34965**
    Typed Name
    **28th Floor - Gulf Tower**
    **707 Grant Street**
    **Pittsburgh, PA 15219-1908**
    Address
    **412-391-8000 Fax:412-391-0221**
    Phone No.
    **34965**
    List Bar I.D. and State of Admission

16-23254

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298

First Niagara Bank
726 Exchange Street
Suite 900
Buffalo, NY 14210

Greco Gas, Inc.
450 Grantham Street
Tarentum, PA 15084

James Antaki & Rula Abbud-Antaki
4373 Mt. Royal Boulevard
Allison Park, PA 15101

Pittsburgh Life Sciences Greenhouse
2425 Sidney Street
Pittsburgh, PA 15203

PNC Bank
P.O. Box 5570
Cleveland, OH 44101-0570